1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

JIMMY GONZALES,

CASE NO.   1:11-cv-01997-AWI-MJS (PC)

9

Plaintiff,

ORDER DENYING MOTION TO WITHDRAW MOTION FOR AN EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT AS MOOT

10

11

v.

(ECF No. 18)

12

HAROLD TATE,

13

Defendant.

14

15

_____/

16

17        Plaintiff Jimmy Gonzales ("Plaintiff") is a state prisoner proceeding pro se in this civil

18    rights action pursuant to 42 U.S.C. § 1983.  No other parties have appeared.

19        Plaintiff initiated this action on December 2, 2011.  (Compl., ECF No. 1.)  Prior to

20    the Court screening Plaintiff's original Complaint, Plaintiff filed a First Amended Complaint

21    (ECF No. 6)  and a Second Amended Complaint (ECF No. 16).   Plaintiff's Second

22    Amended Complaint was dismissed, with leave to amend, for failure to state a claim.  (ECF

23    No. 19.)  Plaintiff filed a Third Amended Complaint which the Court has since screened and

24    is in the process of serving.  (ECF Nos. 20, 22, 26.)

25        On September 24, 2012, Plaintiff filed a motion requesting that his motion for an

26    extension of time in which to file an amended pleading be withdrawn.  (ECF No. 18.)

27    Plaintiff has since filed several amended pleadings that have been accepted by the Court.

28    ///

1      Accordingly, Plaintiff's motion (ECF No. 18) is DENIED as moot.

2   IT IS SO ORDERED.

3   Dated:    March 29, 2013                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28