1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   JIMMY GONZALES,                          1:11-cv-01997 AWI MJS (PC)

12            Plaintiff,                       ORDER GRANTING FIRST MOTION
                                              TO EXTEND TIME TO FILE A
13         v.                                 RESPONSIVE PLEADING

14   HAROLD TATE,                             (ECF No. 30)

15            Defendant.                       DEADLINE: JUNE 27, 2013

16   _____/

17         Plaintiff Jimmy Gonzales ("Plaintiff") is a prisoner proceeding pro se in a civil rights

18   action pursuant to 42 U.S.C. § 1983.  On June 4, 2013, Defendant Tate filed a motion to

19   extend time to submit a responsive pleading.  Good cause having been presented to the

20   Court, IT IS HEREBY ORDERED that:

21         Defendant Tate is granted an additional month, to and including June 27, 2013,

22   within which to file a responsive pleading to the Complaint in this action.

23   IT IS SO ORDERED.

24   Dated:    June 6, 2013              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28