IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GONZALES, | 1:11-cv-01997 AWI MJS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| HAROLD TATE, | (ECF No. 30) |
| Defendant. | DEADLINE: JUNE 27, 2013 |

Plaintiff Jimmy Gonzales ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 4, 2013, Defendant Tate filed a motion to extend time to submit a responsive pleading.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Defendant Tate is granted an additional month, to and including June 27, 2013, within which to file a responsive pleading to the Complaint in this action.

IT IS SO ORDERED.

Dated:   June 6, 2013              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE