1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10 | JIMMY GONZALES,

CASE NO. 1:11-cv-01997-AWI-MJS PC

11 |           Plaintiff,

ORDER DENYING PLAINTIFF'S MOTIONS TO SUPPLEMENT

12 |    v.

(ECF No. 21, 24)

13 | HAROLD TATE.,

14 |           Defendant.

                            /

15

16      Plaintiff Jimmy Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in

17 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

18      On February 1, 2013, Plaintiff filed a motion to submit an additional exhibit to the

19 Court. (ECF No. 21.) On February 24, 2013, he filed a motion asking the Court to keep

20 a record of the retaliation he has encountered in response to his having filed this litigation.

21 (ECF No. 24.) Plaintiff's motions are now before the Court.

22      In the first motion, Plaintiff states that he forgot to include a document regarding

23 his medical care. (ECF No. 21.) In the second, he alleges he has been denied medical

24 care because he filed this lawsuit and wants the Court to consider this fact when making

25 decisions in his case. (ECF No. 24.)

26      The only practical way to accommodate Plaintiff's requests would be to supplement

27 his Amended Complaint with this additional information. Thus these motions are deemed

28 to be motions to supplement the Third Amended Complaint

1      Amended pleadings must be complete within themselves without reference to

2  another pleading. Partial amendments are not permissible.  Local Rule 220.

3      Accordingly, Plaintiff's motions to supplement (ECF Nos. 21 & 23) are DENIED.

4

5  IT IS SO ORDERED.

6  Dated:    September 19, 2013          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28