UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD TATE,<br><br>　　　　Defendant. | Case No.: 1:11-cv-01997-AWI-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS WITHIN THIRTY DAYS OF SERVICE<br><br>ECF No. 34 |

　　　　Plaintiff Jimmy Gonzales ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 29, 2013, Defendant Tate filed a motion to dismiss.  (ECF No. 34.)  Plaintiff has failed to respond.  Local Rule 230(*l*).

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Plaintiff is required to file an opposition or notice of non-opposition to Defendant Tate's motion within thirty (30) days from the date of service of this order; and

　　　　2.　　The failure to file a response to Defendant Tate's motion will result in dismissal

////

////

1

of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:  October 4, 2013            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE